AO 442 (Rev. 11/11) Arrest Warrant

11640865

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>MUHAMMAD PAHLAWAN<br><br>*Defendant* | ) ) ) ) ) ) ) )  Case No. 3:24-MJ-00016 |

RECEIVED U.S. MARSHALS SERVICE
EASTERN DISTRICT OF VIRGINIA RICHMOND DIVISION
2024 FEB 12 P 2:14

**SEALED**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Muhammad Pahlawan                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2280a(a)(1)(B)(i) (violence against maritime navigation and maritime transport involving weapons of mass destruction)

18 U.S.C. § 2237(a)(2)(B) (providing materially false information)

Date:  02/11/2024

/s/
*Issuing officer's signature*

City and state:  Richmond, Virginia

Hon. Summer L. Speight, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/11/2024 , and the person was arrested on *(date)* 2/15/2024
at *(city and state)* MANAMA, BAHRAIN .

Date: 2/22/2024

*Arresting officer's signature*

PATRICK FRANCISCO / SPECIAL AGENT
*Printed name and title*