IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 3:24-CR-41 (DJN) |
| MUHAMMAD PAHLAWAN, | |
| MOHAMMAD MAZHAR, | |
| GHUFRUN ULLAH, and | |
| IZHAR MUHAMMAD. | |
| Defendants. | |

**MOTION TO SEAL GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF DISCOVERY DEADLINE PURSUANT TO LOCAL RULE 49(D) AND (E)**

Pursuant to Local Criminal Rule 49(D) and (E), the government moves this Court for entry of an order to seal the government's Unopposed Motion for Extension of Discovery Deadline, the related Proposed Order, the Memorandum in Support of this Motion to Seal, and the related Proposed Order. This publicly-filed motion is intended to comply with the requirements listed in Local Rule 49(D), and the government understands that the clerk "shall provide public notice by docketing the motion in a way that discloses its nature as a motion to seal, with its hearing date (if any)." Local Rule 49(E).

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____
Troy A. Edwards, Jr.
John T. Gibbs

1

Gavin R. Tisdale
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3700
Troy.edwards@usdoj.gov

Lesley Woods
Trial Attorney
National Security Division, CTS

## Certificate of Service

I certify that a true and correct copy of the foregoing

- Government's Motion to Seal and Proposed Order
- Government's Memorandum of Law in Support of Motion to Seal
- Government's Unopposed Motion to Extend Discovery Deadline and Proposed Order

was all served by email on the defense counsel listed below on March 29, 2024.

Troy A. Edwards, Jr.
Assistant United States Attorney

Amy Austin
Laura Koenig
amy_austin@fd.org
Laura_Koenig@fd.org
Counsel for Muhammad Pahlawan

Melissa O'Boyle
MOboyle@gentrylocke.com
Counsel for Ghufran Ullah

Charles Gavin
cgavin@dghlawpc.com
Counsel for Izhar Muhammad

William Dinkin
Bill.dinkin@dinkinlaw.com
Counsel for Mohammad Mazhar