GRAND JURY RETURNS - RICHMOND DIVISION

Date 8/7/24   Judge Colombell, USMJ   Counsel for Govt Gavin Tisdale / Troy Edwards
Grand Jury Panel # 24-1   Grand Jury Foreperson ( X )   Court Reporter Colleen Gregory - Gettel County Court Reporters

On motion of the Government, granted by the Court, WARRANTS shall be issued as follows:

1. US v S. Mir'Kazei
2. US v Y. Mir'Kazei
3. US v _____
4. US v _____
5. US v _____

On motion of the Government, granted by the Court, WARRANTS as DETAINERS shall be issued as follows:

1. US v _____
2. US v _____
3. US v _____
4. US v _____
5. US v _____

On motion of the Government, SUMMONS shall be issued as follows:

1. US v _____
2. US v _____
3. US v _____
4. US v _____

Returns were made on the following defendants currently in federal custody, no warrant to issue at this time:

1. US v Pahlawan
2. US v Mohammad
3. US v Ullah
4. US v Muhammad

Returns were made on the following defendants NO SERVICE requested (make notation as to why):

1. US v _____
2. US v _____

On motion of the Government, granted by the Court, the following indictments shall be transferred to the _____ Division for docketing and trial:

1. US v _____
2. US v _____

Began: 12:42   Ended: 12:45   Time in Court: 3 minutes