IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

v.  Criminal No. 3:24cr41 (DJN)

MUHAMMAD PAHLAWAN,
    Defendant.

## VERDICT FORM

### COUNT ONE
(Conspiracy to Provide Material Support or Resources to Terrorists)

We the jury unanimously find the defendant, MUHAMMAD PAHLAWAN

___Guilty___ as to the offense charged in Count One of the Indictment.
(Not Guilty or Guilty)

### COUNT THREE
(Providing and Attempting to Provide Material Support or Resources to a
Weapons of Mass Destruction Program of a Foreign Terrorist Power)

We the jury unanimously find the defendant, MUHAMMAD PAHLAWAN

___Guilty___ as to the offense charged in Count Three of the Indictment.
(Not Guilty or Guilty)

### COUNT FOUR
(Providing and Attempting to Provide Material Support or Resources to a
Weapons of Mass Destruction Program of a Foreign Terrorist Power)

We the jury unanimously find the defendant, MUHAMMAD PAHLAWAN

___Guilty___ as to the offense charged in Count Four of the Indictment.
(Not Guilty or Guilty)

## COUNT FIVE
(Conspiracy to Engage in Maritime Transport Involving Weapons of Mass Destruction)

We the jury unanimously find the defendant, MUHAMMAD PAHLAWAN

_____Guilty_____ as to the offense charged in Count Five of the Indictment.
(Not Guilty or Guilty)

## COUNT SIX
(Engaging and Attempting to Engage in Maritime Transport
Involving Weapons of Mass Destruction)

We the jury unanimously find the defendant, MUHAMMAD PAHLAWAN

_____Guilty_____ as to the offense charged in Count Six of the Indictment.
(Not Guilty or Guilty)

## COUNT SEVEN
(Witness Tampering Through Intimidation or Threat)

We the jury unanimously find the defendant, MUHAMMAD PAHLAWAN

_____Guilty_____ as to the offense charged in Count Seven of the Indictment.
(Not Guilty or Guilty)

If your answer for Count Seven is "Guilty," you must check one or more of the following victims the jury unanimously agrees that Count Seven included:

___✓___ (i) Mehandi Hassan

___✓___ (ii) Umar Farooq

___✓___ (iii) Mohammed Asif

___✓___ (iv) Musawir Ahmad

So Say We All, this __5__ day of June, 2025

FOR [REDACTED]

2