# SENTENCING MINUTES

DATE: 10-16-2025    CASE NUMBER: 3:24CR41-01

JUDGE: Novak    CT REPORTER: Custis, OCR

INTERPRETER: Samina Datta

UNITED STATES OF AMERICA

v.

Muhammad Pahlawan

COUNSEL: Gavin Tisdale, Joseph Kaster, AUSA

Geremy Kamens, Amy Austin, Laura Koenig; Jessica Carmichael, ESQ.

SENTENCING ON COUNT(S): 1, 3, 5-7   ( ) Criminal Information   ( ) Indictment  (✓) Second Superseding Ind.

PRELIMINARY MATTERS: See page 4

OBJECTIONS TO PSR: See page 4

STATEMENTS MADE BY:  GOV'T (✓)   DEFENSE COUNSEL (✓)   DEFT (✓)

ON MOTION OF GOV'T.  ( ) INDICTMENT   ( ) REMAINING CTS DISMISSED

**DEFENDANT TO VOLUNTARILY REPORT TO DESIGNATED INSTITUTION**

ON: _____ BY: _____

( ) IF NO DESIGNATION MADE, REPORT TO U.S. MARSHAL IN RICHMOND

DEFT ADVISED OF RIGHT OF APPEAL within 14 days of today   (✓)

DEFT REMANDED TO CUSTODY   (✓)

CASE SET: _____   BEGAN: 10:30   ENDED: 12:14   TIME IN COURT: 1:44

10:30

**SENTENCE TEXT**

**COUNT** 1    IMPRISONMENT 180 MOS. CONCURRENT (✓) CONSECUTIVE ( )
TO CT. 3
CREDIT FOR TIME SERVED ON THIS CHARGE ( )

SUPERVISED RELEASE 3 YEARS

PROBATION _____ YEARS

FINE $_____ (✓) Fine not imposed

SPECIAL ASSESSMENT $ 100 — due immediately

**COUNT** 3    IMPRISONMENT 240 MOS. CONCURRENT ( ) CONSECUTIVE ( )

SUPERVISED RELEASE 3 YEARS CONCURRENT (✓)

PROBATION _____ YEARS CONCURRENT ( )

FINE $_____ (✓) Fine not imposed

SPECIAL ASSESSMENT $ 100 — due immediately

**COUNT** 5,6,7   IMPRISONMENT 240 MOS. EACH CONCURRENT (✓) CONSECUTIVE (✓)
to each other    TO CT. 3
SUPERVISED RELEASE 3 YEARS CONCURRENT (✓)
EACH
PROBATION _____ YEARS CONCURRENT ( )

FINE $_____ (✓) Fine not imposed

SPECIAL ASSESSMENT $ 100 — due immediately
EACH COUNT

**CONSENT ORDER OF FORFEITURE MADE A PART OF JUDGMENT IN CASE ( )**

**RESTITUTION ORDERED:** None

---

**RECOMMENDATION(S) TO BOP:**
(  ) Designate dft. to a facility near family  (  ) Designate dft. to _____ FCI
(  ) SHOCK Incarceration Program        (  ) BRAVE Program
(  ) Educational / Vocational training     (  ) BOP 500-hr intensive drug treatment program
(  ) UNICOR program   (  ) with _____ portion of earnings directed to child support
(  ) OTHER:_____

PAGE THREE (3)

**SPECIAL CONDITIONS of Probation / Supervised Release:**

_____(1) Incur no new credit without approval of probation officer
_____(2) Provide probation officer with access to financial information
_____(3) Perform community service _____ HOURS during period of supervision
_____(4) Participate in drug/alcohol treatment; _____ Pay cost of treatment
_____(5) Participate in mental health treatment; _____ Pay cost of treatment
        _____ Participate in anger management
_____(6) Participate in home confinement program for _____ with monitoring
        _____ Permitted to work, attend church, or other approved activities
        _____ Maintain telephone without special features; no cordless phone
        _____ Pay costs of electronic monitoring
_____(7) Placement in a Community Confinement Center for _____ (term)
✓ (8) Defendant to be surrendered to BICE for deportation proceedings
        ✓ If deported, defendant to remain outside the United States
✓ (10) Mandatory drug testing waived
        ✓ Probation officer may still administer drug test if deemed appropriate
_____(11) Pay child support in amount ordered by social services or Court
_____(13) Serve intermittent confinement on weekends for a period of _____ DAYS
_____(14) No possession of pager, cellular telephone, or other handheld communication device
✓ (15) Defendant shall pay any balance owed on the S/A imposed by the Court
        ✓ Pay in installments of not less than $ 25.00 per month,
        to begin ~~30~~/60 days after start of supervision until paid in full
_____(16) Waive all rights of confidentiality regarding mental health treatment
        (or other treatment) to allow release of information to Probation, etc.
_____(17) Commencing _____, and continuing for _____, defendant may
        operate a motor vehicle only for purposes of work and court, including travel to
        the Probation Office and alcohol treatment program
_____(18) Defendant to apply monies received from tax refunds, lottery winnings, and any
        anticipated or unexpected financial gains to the Court-ordered financial
        obligation

_____(---) **Other special conditions:**

_____

_____

_____

_____

**PAGE FOUR (4)**

**SENTENCING MINUTES, CON'T.**
United States of America v. Muhammad Pahlawan
Criminal No. 3:24CR00041-01-DJN
October 16, 2025

<u>PRELIMINARY MATTERS</u>

Victim Rights Act – notice given by the Government.

Motion by Defendant to Merge Duplicative Counts 3 and 4 (ECF 556); granted. Defendant to be sentenced under Count 3 with no sentence on Count 4.

<u>OBJECTIONS TO PSR</u>

Defendant's objections to the PSR (ECF 554):
All factual objections overruled.
- Specific offense characteristic enhancement at U.S.S.G. § 2M5.3(b)(1)(E).
  Argument heard; objection overruled.
- Special skill enhancement under U.S.S.G. § 3B1.3.
  Argument heard; objection overruled.
- Terrorism enhancement at U.S.S.G. § 3A1.4(a) and (b).
  Argument heard; objection sustained.
- Failure to apply a two-level mitigating role reduction under U.S.S.G. § 3B1.2.
  Argument heard; objection overruled.
- Departure relating to U.S.S.G. § 5K2.1 and 5K2.14; sustained.

<u>OTHER MATTERS</u>

Defendant's request for a downward departure; denied as moot.

Defense Exhibit B submitted to the Court and admitted as part of the record (Memorandum from Lee Hush dated October 15, 2025; attached).

The Court found that a significant upward variance is appropriate due to the nature and circumstances of the offense and the history and characteristics of the defendant.